[Crim. No. 264. Fourth Appellate District.—May 11, 1934.]

THE PEOPLE, Respondent, v. PEDRO CUVAS, Appellant.

A. Fairchild, Fred Wallace and E. G. Langford for Appellant.

U. S. Webb, Attorney-General, and John D. Richer, Deputy Attorney-General, for Respondent.

MARKS, J.— The clerk's and reporter's transcripts were filed in the office of the clerk of this court on March 8, 1934. The case was placed on the calendar, called April 10, 1934, and was continued to May 8, 1934. No appearance was made for appellant, and no brief has been filed in his behalf. The attorney-general moved to affirm the judgment under the provisions of section 1253 of the Penal Code. The motion is granted.

Judgment affirmed.

Barnard, P. J., and Jennings, J., concurred.